IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

ÁNGEL FORTEZA-GARCÍA,
*Defendant.*

CRIM. NO.:   03-cr-73-RAM-2

## EMERGENCY MOTION FOR FINAL RULING ON AMENDMENT 821 MOTION

TO THE HONORABLE COURT:

### THE MOTION

On February 5, 2025, this Court granted the parties' motion for an *indicative* ruling granting a sentence reduction. ECF No. 415. Mr. Forteza immediately moved to remand First Circuit No. 21-1214 so this Court could enter a final order. After all, Mr. Forteza, with the reduction, is almost certainly eligible for immediate release. *See* Exhibit A (Remand Motion). The government responded on February 11, 2025. Exhibit B (Gov't Response). While it had joined us in requesting the indicative ruling—**a process now delaying Mr. Forteza's release**—the government's response now indicates the indicative ruling was not necessary because this Court retained jurisdiction all along. Exhibit B at 2-4. As such, a final order is requested.

### BASIS FOR THE MOTION

While we previously understood that Mr. Forteza's First Circuit appeal divested this Court of jurisdiction, the government now disagrees with that understanding. As such, we submit the government's new view as, if adopted, it would negate the need for any further delay. As previously mentioned, Mr. Forteza's brother—a

codefendant with identical criminal history—has already been released pursuant to an identical reduction under 18 U.S.C. § 3582(c)(2). With the reduction, Mr. Forteza's sentence may have been completed **as early as October 2024.** *See* ECF No. 414; Exhibit A at 4.

The government's modified view is that jurisdiction divestiture *did not* occur with the filing of Mr. Forteza's 28 U.S.C. § 2255 appeal. *See* Exhibit B at 2-3 ("There … is no jurisdictional bar on the district court's entry of a sentence reduction order in the related criminal case while Forteza appeals the civil judgment denying his § 2555 petition.").

Therefore, if this Court agrees with the government's view on jurisdiction, it is requested that the Court enter a final order and amended judgment reflecting what was entered at ECF No. 415, namely a reduction from 324 to 292 months.

**WHEREFORE**, it is requested that the Court issue a final sentence-reduction order and judgment if the Court agrees with the government's new theory of jurisdiction.

| | |
|---|---|
| February 25, 2025 | **RACHEL BRILL**<br>Federal Public Defender,<br>District of Puerto Rico |
| | s/**VIVIANNE M. MARRERO-TORRES**<br>Supervisor Assistant Federal Public Defender<br>USDC-PR 223505 |
| **\*I CERTIFY** that I ECF-filed this motion (without restrictions), thereby notifying the parties, including government counsel. | s/**KEVIN E. LERMAN\***<br>USDC-PR G03113<br>Assistant Federal Public Defender<br>241 F.D. Roosevelt Ave.<br>San Juan, P.R. 00918-2441<br>Tel. (787) 281-4922, Fax (787) 281-4899<br>E-mail: Kevin_Lerman@fd.org |